IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMY BREEDING, et al<br><br>    Plaintiff(s)<br><br>v.<br><br>AMERICAN HERITAGE GUN RANGE AND TRAINING CENTER, LLC.<br><br>    Defendant | CIVIL ACTION NO.<br>1:16cv1604-TWT |

O R D E R

On June 15, 2017 the plaintiffs were directed to file Motion for Default Judgment or a Motion to Dismiss as to Defendant American Heritage Gun Range and Training Center, LLC.  As of this date, this action has been pending for more than six months without any substantial proceedings of record having been taken, as to this defendant.

IT IS THEREFORE ORDERED that the above complaint is hereby DISMISSED pursuant to Local Rule 41.3 A (3) as to American Heritage Gun Range and Training Center, LLC.

SO ORDERED this 20th day of December, 2017.

                                          /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        UNITED STATES DISTRICT JUDGE