IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMY BREEDING, et al<br><br>    Plaintiff(s)<br><br>v.<br><br>OTS CAPITAL PARTNERS, DAN FORT and SHERRI FORT<br><br>    Defendant(s) | CIVIL ACTION NO.<br>1:16cv1604-TWT |

O R D E R

An Order of Stay was filed November 30, 2016 as to OTS Capital Partners and on April 13, 2017 as to Dan Fort and Sherri Fort.

Due to the Stay, the Court directs the Clerk to administratively close the above case without prejudice to either party to reopen.

IT IS HEREBY ORDERED, this 20th day of December, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE